UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Eugene Thrash, Jr.**                    **Docket No. 2:09-CR-3-1H**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Eugene Thrash, Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and More Than 500 Grams of Cocaine Powder, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 9, 2009, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 5 years. On March 15, 2016, upon the granting of Thrash's motion pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 120 months.

Michael Eugene Thrash, Jr., was released from custody on November 3, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Per the Judgment and Commitment Order, Thrash was ordered to pay a $100 special assessment and $10,000 fine. The court also ordered that the defendant pay the monetary penalties immediately, and if the judgment imposes imprisonment, payment of the criminal monetary penalties shall be due during the term of imprisonment. As previously noted, Thrash was sentenced to a term of imprisonment. While incarcerated, he paid the special assessment and $2,081.63 toward the fine; however, he has outstanding balance of $7,918.37. The defendant is currently employed as a construction worker with Allan Myers in Williamsburg, Virginia, earning $16.35 per hour. Although Thrash is employed, he is unable to pay the outstanding monetary obligation in full as ordered by the court. As such, it is respectfully requested that the defendant be allowed to pay the outstanding balance at the rate of $100 per month beginning January 8, 2018. Thrash signed an agreement to pay said amount.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall pay to the Clerk of Court at least $100 per month beginning on January 8, 2018, and continuing each month until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Eugene Thrash, Jr.
Docket No. 2:09-CR-3-1H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: November 22, 2017

**ORDER OF THE COURT**

Considered and ordered this 28th day of November 2017, and ordered filed and
made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge