UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:09-CR-00003-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| MICHAEL EUGENE THRASH, JR. | |

Before the Court is the defendant's unopposed Motion to Continue the Revocation Hearing. For good cause shown based on the facts and reasons stated in the defendant's motion, it is hereby **ORDERED** that the Revocation Hearing in this matter is continued to July 2022.

**SO ORDERED.**

This **3** day of June, 2022.

JAMES C. DEVER III
United States District Judge